AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**FILED MAR 20 2017**
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| USA | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Case No. 1:17po676 |
| Jacob Mullins | ) |
| Defendant | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jacob Mullins

Date: 3/20/17

_____
Attorney's signature

Nina Ginsberg 19472
Printed name and bar number

1101 King St, Suite 610
Alexandria, VA 22314
Address

nginsberg@dimuro.com
E-mail address

703-684-4533
Telephone number

703-548-3181
FAX number